IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARILYN B. WHITE,

     Appellant,

v.

MARYBETH LEAMER, AS
TRUSTEE OF THE
MARYBETH LEAMER
LIFETIME TRUST and AMELIA
ISLAND PLANTATION
ARCHITECTURAL REVIEW
BOARD,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4212

Opinion filed August 9, 2016.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs Scholz & Associates, LLC, Fernandina Beach, for Appellant.

No appearance for Appellee.


PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.